759 A.2d 912

**Alton D. BROWN, Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Sept. 20, 2000.

## *ORDER*

PER CURIAM:

**AND NOW,** this 20th day of September, 2000, probable jurisdiction is noted and the order appealed is affirmed.